| | |
|---|---|
| Joseph B. Tompkins, Jr. | A. Robert Pietrzak (AP-6711) |
| Alan C. Geolot | Thomas McC. Souther (TS-6615) |
| Mark P. Guerrera | Daniel A. McLaughlin (DM-2688) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 1501 K Street N.W. | 787 Seventh Avenue |
| Washington, D.C. 20005 | New York, N.Y. 10019 |
| (202) 736-8000 | (212) 839-5300 |
| (202) 736-8711 (fax) | (212) 839-5599 (fax) |

*Attorneys for Defendants Bank of America Corporation, Banc of America Securities Limited, and Bank of America, N.A.*

|  |  |
|---|---|
| In re PARMALAT SECURITIES LITIGATION | MASTER DOCKET |
|  | 04 MD 1653 (LAK) ECF Case |
| This document relates to: 04 Civ. 0030 (LAK) | ELECTRONICALLY FILED |
|  | BANK OF AMERICA'S OPPOSITION TO LEAD PLAINTIFFS' MOTION *IN LIMINE* |

## BANK OF AMERICA'S OPPOSITION TO LEAD PLAINTIFFS' MOTION *IN LIMINE*

Defendants Bank of America Corporation, Banc of America Securities Limited, and Bank of America, N.A ("Bank of America") hereby respectfully join in Defendant Banca Nazionale Del Lavoro S.p.A.'s ("BNL") Opposition to Lead Plaintiffs' Motion *In Limine*. Bank of America joins BNL in opposing Lead Plaintiffs' attempt to obtain a ruling that a report prepared by the Investigations and Prosecutions Office for the Emilia-Romagna Region of Italy (the "Report") is admissible evidence. Bank of America joins BNL's Opposition because any decision the Court renders as to the admissibility of the Report may affect its rights in the ongoing Parmalat proceedings.

Bank of America opposes the Lead Plaintiffs' Motion *In Limine* for the reasons set forth in BNL's Opposition. Bank of America opposes the Motion for the additional reason that there are many comparable documents from foreign jurisdictions that litigants may attempt

to use as evidence in this proceeding and that will present similar evidentiary issues. Thus, in the interest of judicial efficiency, this Court should wait to resolve these evidentiary questions until all of these documents are before it and the court has the benefit of complete information.

Bank of America respectfully requests that Lead Plaintiffs' Motion *In Limine* be denied.

Respectfully submitted,

By: /s/ Daniel A. McLaughlin

| | |
|---|---|
| Joseph B. Tompkins, Jr. | A. Robert Pietrzak (AP-6711) |
| Alan C. Geolot | Thomas McC. Souther (TS-6615) |
| Mark P. Guerrera | Daniel A. McLaughlin (DM-2688) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 1501 K Street N.W. | 787 Seventh Avenue |
| Washington, D.C. 20005 | New York, N.Y. 10019 |
| (202) 736-8000 | (212) 839-5300 |
| (202) 736-8711 (fax) | (212) 839-5599 (fax) |

*Attorneys for Defendants Bank of America Corporation, Banc of America Securities Limited, and Bank of America, N.A.*

Dated: July 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2006, I, Daniel A. McLaughlin, caused true and correct copies of the foregoing Defendants Bank of America Corporation, Banc of America Securities Limited, and Bank of America, N.A.'s Opposition to Lead Plaintiffs' Motion *in Limine* to be served by the Court's CM/ECF system and email upon all parties.

/s/ Daniel A. McLaughlin
Daniel A. McLaughlin