UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION | : MASTER DOCKET |
| | : |
| | : 04 MD 1653 (LAK) ECF Case |
| This document relates to: 04 Civ. 0030 (LAK) | : |
| | : |

# DECLARATION OF ROBERT M. ROSEMAN IN SUPPORT OF LEAD PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

I, Robert M. Roseman, hereby declare as follows:

1. I am a partner of the law firm of Spector, Roseman & Kodroff, P.C., and one of the attorneys for Lead Plaintiffs in this action. I respectfully submit this Declaration in Support of Lead Plaintiffs' Renewed Motion for Class Certification.

2. Attached hereto as Exhibit A is a list of underwriters and market makers for the offerings of Parmalat debt securities, as well as analysts who covered and published reports on Parmalat securities.

3. From publicly available sources such as Bloomberg, as well as data produced in response to subpoenas and document requests in this action, charts have been prepared showing trading data for Parmalat stock and bonds. Such charts are attached hereto as follows:

4. Exhibit B provides trading information relating to the stock of Parmalat Finanziaria S.p.A.

5. Exhibit C provides trading information relating to €100 million of 4.625% bonds due June 23, 2004, issued by Parmalat Finance Corporation BV.

6. Exhibit D provides trading information relating to €150 million of 7.0% bonds due October 23, 2007, issued by Parmalat Finance Corporation BV.

7. Exhibit E provides trading information relating to €350 million of 0.875% bonds, convertible until June 20, 2021, issued by Parmalat Netherlands BV.

8. Exhibit F provides trading information relating to €500 million of 6.80% bonds due July 25, 2008, issued by Parmalat Finance Corporation BV.

9. Exhibit G provides trading information relating to one trillion Italian lire of zero coupon bonds due February 18, 2028, issued by Parmalat Finance Corporation BV.

10. Exhibit H provides trading information relating to €300 million of 5.875% bonds due January 18, 2007, issued by Parmalat Finance Corporation BV.

11. Exhibit I provides trading information relating to €306.8 million of 6.125% bonds due September 29, 2032, convertible until May 23, 2032, issued by Parmalat Soparfi, S.A.

12. Exhibit J provides trading information relating to €281.2 million of 1% bonds convertible until December 31, 2005, issued by Parmalat Capital Netherlands, BV.

13. Exhibit K provides trading information relating to €500 million of zero coupon bonds due April 18, 2005, issued by Parmalat Finance Corporation BV.

14. Exhibit L provides trading information relating to $500 million of 6.625% bonds due August 13, 2008, issued by Parmalat Capital Finance Corp.

15. Exhibit M provides trading information relating to €390 million of 5.5% bonds due March 30, 2009, issued by Parmalat Finance Corporation BV.

16. Exhibit N provides trading information relating to €150 million of 5.25% bonds due December 13, 2004, issued by Parmalat Finance Corporation BV.

17. Exhibit O provides trading information relating to €246.4 million of zero coupon equity linked bonds convertible until December 12, 2022, issued by Parmalat Soparfi, S.A.

18. Exhibit P provides trading information relating to €350 million of 6.125% bonds due September 29, 2010, issued by Parmalat Finance Corporation BV.

19. Exhibit Q provides trading information relating to €650 million of 6.25% bonds due February 7, 2005, issued by Parmalat Finance Corporation BV.

20. Exhibit R provides trading information relating to €500 million of 6.0% bonds due February 6, 2006, issued by Parmalat Finance Corporation BV.

21. Exhibit S provides trading information relating to €150 million of 6.0% bonds due December 8, 2003, issued by Parmalat Finance Corporation BV.

22. Exhibit T provides trading information relating to €150 million of 5.125% bonds due September 20, 2004, issued by Parmalat Finance Corporation BV.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Philadelphia, Pennsylvania, September 21, 2006.

Robert M. Roseman