UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re PARMALAT SECURITIES LITIGATION

This document relates to: 04 Civ. 0030 (LAK)

Master Docket
04-MD-1653 (LAK) ECF Case

FILED ELECTRONICALLY

EXHIBITS FILED UNDER SEAL

**DECLARATION OF
DANIEL F. KOLB**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL F. KOLB declares pursuant to 28 U.S.C. § 1746:

I am a member of the bar of the State of New York and the firm of Davis Polk & Wardwell, attorneys for defendant Deloitte & Touche LLP. I submit this declaration in support of the Reply Memorandum of Law of Defendants Deloitte Touche Tohmatsu, Deloitte & Touche LLP, and James E. Copeland in Further Support of Their Motion to Dismiss for Failure to State a Claim.

1. Attached as Exhibit 1 hereto is a true and correct copy of excerpts of the transcript of the deposition of Astrid A. Potts, taken November 1, 2006.

2. Attached as Exhibit 2 hereto is a true and correct copy of an e-mail from Lelio Bigogno to Astrid Potts dated May 9, 2003, bearing production number DTLLP00009589.

3. Attached as Exhibit 3 hereto is a true and correct copy of excerpts of the transcript of the deposition of Charles A. Horstmann, taken August 11, 2006.

4. Attached as Exhibit 4 hereto is a true and correct copy of an e-mail from Charles A. Horstmann to Adolfo Mamoli dated December 11, 2002, and e-mail chain, bearing production numbers DT ITALIA 0000601280-83.

5. Attached as Exhibit 5 hereto is a true and correct copy of an e-mail from Charles A. Horstmann to Lauren Hill and John Oates dated November 25, 2002, bearing production number DTLLP00052439.

6. Attached as Exhibit 6 hereto is a true and correct copy of an e-mail from Charles A. Horstmann to Adolfo Mamoli dated January 14, 2003, bearing production number DTLLP00052461.

7. Attached as Exhibit 7 hereto is a true and correct copy of excerpts of the transcript of the deposition of Adolfo Mamoli, taken October 16, October 17, and October 18, 2006.

8. Attached as Exhibit 8 hereto is a true and correct copy of excerpts of the transcript of the deposition of Wanderley Olivetti, taken September 20, September 21, and September 22, 2006.

9. Attached as Exhibit 9 hereto is a true and correct copy of excerpts of the transcript of the deposition of Michael J. Power, taken October 23 and October 24, 2006.

10. Attached as Exhibit 10 hereto is a true and correct copy of excerpts of the transcript of the deposition of Stefania Chiaruttini, taken October 11, October 12, October 13, October 14, October 15, and October 24, 2006.

11. Attached as Exhibit 11 hereto is a true and correct copy of excerpts of the transcript of the deposition of Michael J. Morrell, taken September 18 and September 19, 2006.

12. Attached as Exhibit 12 hereto is a true and correct copy of excerpts of the transcript of the deposition of Stephen P. Holt, taken July 27, 2006.

13. Attached as Exhibit 13 hereto is a true and correct copy of excerpts of the transcript of the deposition of Jorge Pena, taken June 13, 2006.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

December 28, 2006.

Daniel F. Kolb (DK 3793)

**Exhibits 1 – 13 Filed Under Seal**