UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x    ELECTRONICALLY FILED

In re  PARMALAT SECURITIES LITIGATION    :    MASTER DOCKET

                                         :    04 MD 1653 (LAK)
This document relates to:  All Cases                ECF Case
-------------------------------------------------------x

## NOTICE OF MOTION TO AMEND
## ORDER FOR COMMISSION

PLEASE TAKE NOTICE that, upon the annexed affidavit of Michael

C. Lambert, sworn to December 28, 2006, and upon all prior pleadings and

proceedings herein, defendant Banca Intesa S.p.A. ("Intesa") will make a motion

before the Honorable Lewis A. Kaplan, pursuant to Rule 60 of the Federal Rules

of Civil Procedure, for entry of an order amending the Order for Commission

entered herein on December 19, 2006 [Docket No. 966] solely by adding four (4)

additional names as Commissioners in paragraph 2(a) of said Order, and

granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
         December 28, 2006

                                    GILMARTIN, POSTER & SHAFTO LLP

                                    By: /s/ Michael C. Lambert
                                         Michael C. Lambert (ML-3408)
                                         845 Third Avenue
                                         New York, New York 10022
                                         (212) 425-3220
                                         Attorneys for Banca Intesa S.p.A.
                                         Defendant in 06 Cv. 0383 (LAK)

00016596.WPD