UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| IN RE PARMALAT SECURITIES LITIGATION | Master Docket No. |
|---|---|
| This document relates to:  04 Civ. 0030 (Cons.) | 04 MD 1653 (LAK) |
| | ECF Case |

### DECLARATION OF PETER MICHAEL DAVIES

Peter Michael Davies hereby declares:

1.    I am a Portfolio Manager for the Securitization Group at Citigroup London.  I have worked in the Securitization Group since 1990.

2.    On September 20, 2006, I was deposed in this action.  I have reviewed pages 93 and 94 of Lead Plaintiffs' December 18, 2006 Reply Memorandum In Further Support of Renewed Motion for Class Certification (the "Renewed Motion").  The Renewed Motion mischaracterizes the testimony I provided during my deposition.  Lead Plaintiffs erroneously assert that I "unequivocally testified that Parmalat's dealer invoices were  securitized in Italy *as early as 1995.*" (emphasis in original).  I made no such statement.  My testimony on this point was addressed to my understanding of the language included in the 1995 receivables purchase agreement (the "1995 RPA").  It was not in any way an affirmation that Archimede Securitisation S.r.L. ("Archimede") securitized Parmalat's dealer invoices during the operation of the 1995 securitization program. Davies Tr. 36: 12-15.

NYA 816795.2

3.    I am not aware of any dealer receivables being securitized by Archimede during the existence of the securitization program which operated pursuant to the 1995 RPA.


I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 27, 2006.

Peter Michael Davies

2

NYA 816795.2