UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re PARMALAT SECURITIES LITIGATION | : | MASTER DOCKET<br>04 MD 1653 (LAK) (ECF) |
| This document relates to:   04-CV-0030 (LAK) | : | FILED UNDER SEAL |

### DECLARATION OF DANIEL A. McLAUGHLIN

DANIEL A. McLAUGHLIN, hereby declares:

1.       I am a member of the bar of this Court and counsel to the firm of Sidley Austin LLP, counsel for defendants Bank of America Corporation, Bank of America, N.A., and Banc of America Securities Limited ("Bank of America").

2.       I make this declaration in support of Bank of America's Reply Memorandum of Law in Support of its Motion to Dismiss Claims of Foreign Purchasers in the above captioned action.

3.       Attached hereto as Exhibit A is excerpts from the transcript of the Rule 30(b)(6) deposition of Bruce M. McCormick on behalf of Bank of America, dated August 31, 2006.  Attached hereto as Exhibit B is a document marked as Exhibit 600 to that deposition and discussed in the excerpted transcript.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed on December 28, 2006.

Daniel A. McLaughlin (DM-2688)

NYI 6008745v.1

**EXHIBITS A AND B FILED UNDER SEAL**