**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | ELECTRONICALLY FILED |
| | : | |
| In re PARMALAT SECURITIES LITIGATION | : | MASTER DOCKET |
| | : | 04 MD 1653 (LAK) |
| This document relates to:  04 Civ. 0030 (LAK) | : | |
| | : | Hon. Lewis A. Kaplan |
| | : | |
| | : | |

**SUPPLEMENTAL JOINDER OF GRANT THORNTON LLP IN**
**OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

On October 10, 2006, Defendant Grant Thornton LLP ("GT-US"), by its attorneys, Winston & Strawn LLP, joined in the Oppositions to Plaintiffs' Renewed Motion for Class Certification filed by the other defendants.  Thereafter, Plaintiffs filed a 97-page reply brief with newly-presented expert reports and exhibits that consume hundreds of pages.  With the Court's leave, several defendants today filed surreplies to respond to Plaintiffs' newly-presented evidence and arguments.  GT-US files this Supplemental Joinder to make clear that it opposes Plaintiffs' Renewed Motion for Class Certification for the reasons set forth in the opposition briefs filed on October 10, 2006 and for the reasons set forth in the surreply briefs filed today by: Defendants Deloitte & Touche LLP ("D&T US"), Deloitte Touche Tohmatsu ("DTT"), James E. Copeland, and Grant Thornton International ("GTI"); Defendants Bank of America Corporation, Bank of America, N.A., and Banc of America Securities Limited (collectively "BOA"); Defendants Citigroup Inc., Citibank N.A., Vialattea LLC, Buconero LLC and Eureka Securitization plc (collectively "the Citigroup Defendants"); and Defendants Credit Suisse Group, Credit Suisse, Credit Suisse International, Credit Suisse Securities (Europe) Limited

(collectively "the Credit Suisse Entities"), and Banca Nazionale del Lavoro, S.p.A ("BNL"). GT-US adopts the arguments contained in both sets of briefs as they apply to GT-US.

Specifically, and in addition to the arguments already adopted from the other defendants' October 10, 2006 briefs, GT-US hereby adopts the arguments in the surreply brief filed by D&T US, DTT, Mr. Copeland, and GTI that demonstrate that Plaintiffs have not met the demanding standard for class certification clearly stated in In re Initial Public Offering Securities Litigation, ___ F.3d ___, 2006 WL 3499937 (2d Cir. Dec. 5, 2006), for the following reasons: Rule 23(b)(3)'s superiority requirement has not been satisfied because Plaintiffs have not produced evidence that a U.S. class action judgment or settlement would, as to absent class members outside the U.S., be given preclusive effect in any of the countries in which foreign purchasers are located; Rule 23(b)(3)'s predominance requirement has not been satisfied because Plaintiffs have not, and cannot, demonstrate market efficiency for trading in the U.S. or for the trading of bonds or privately-placed securities; reliance cannot be presumed under the fraud-created-the-market doctrine because even the courts that accept this doctrine hold that it only applies in the context of newly-issued securities for which there is no established market, and cannot apply to real businesses like Parmalat; and Rule 23(a) cannot be satisfied because the representative plaintiffs are neither adequate nor typical. GT-US also adopts the arguments in the surreplies filed by BOA and the Citigroup Defendants demonstrating that the fraud-on-the-market and Affiliated Ute presumptions of reliance are not available. Finally, GT-US adopts the arguments in the surreply brief filed by the Credit Suisse Entities and BNL that further demonstrate why a class action is not a superior method for adjudicating even the claims of U.S. purchasers of Parmalat securities.

2

Each of these arguments articulated by the other defendants apply with equal force to GT-US.  As previously stated, however, GT-US has joined in the Oppositions to Plaintiffs' Renewed Motion for Class Certification and adopted the arguments articulated by the other defendants in lieu of filing separate opposition and surreply briefs in an effort to avoid burdening this Court with additional briefing.  For all of the reasons set forth in the defendants' briefs, GT-US respectfully joins in the request for denial of Plaintiffs' Renewed Motion for Class Certification.

Dated:  December 28, 2006

Respectfully submitted,

GRANT THORNTON LLP


 s/ Bruce R. Braun

By:    One of Its Attorneys

*Of Counsel:*
Margaret Maxwell Zagel
Ronald P. Gould
GRANT THORNTON LLP
175 West Jackson, 20th Floor
Chicago, IL  60604
(312) 856-0001

Bruce R. Braun (BB2505)
Linda T. Coberly (LC8078)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
(312) 558-5600

## CERTIFICATE OF SERVICE

I, Bruce R. Braun, hereby certify under penalty of perjury that on December 28, 2006, I caused one (1) copy of the foregoing **SUPPLEMENTAL JOINDER OF GRANT THORNTON LLP IN OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** to be served upon the parties to this action through the Court's CM/ECF system and by electronic mail as indicated in the Service List below.

Dated:  December 28, 2006                                    s/  Bruce R. Braun
       Chicago, Illinois                                        Bruce R. Braun


## SERVICE LIST

**Grant & Eisenhofer (Class Counsel - Plaintiffs)**
sgrant@gelaw.com
jkairis@gelaw.com
jsabella@gelaw.com
dzilka@gelaw.com

**Cohen, Milstein (Class Counsel – Plaintiffs)**
jreiser@cmht.com
mwillis@cmht.com
stoll@cmht.com
jdevore@cmht.com
lmezzetti@cmht.com
ctorell@cmht.com

**Davis Polk (BNL)**
nancy.ludmerer@dpw.com
bnl.attorneys@dpw.com

**Spector Roseman & Kodroff (Class Counsel – Plaintiffs)**
rroseman@srk-law.com
aabramowitz@srk-law.com
rkopp@srk-law.com

**Kirkland & Ellis (D&T SpA)**
jhartmann@kirkland.com
maduffy@kirkland.com
spatton@kirkland.com

**Heller Ehrman (D&T SpA)**
dschwab@hewm.com
ktoner@hewm.com
mark.picard@hellerehrman.com
pchudy@hewm.com
richard.martin@hellerehrman.com
eugenio.minoli@hellerehrman.com
charlesr.jaeger@hellerehrman.com
deborah.kravitz@hellerehrman.com
erik.groothuis@hellerehrman.com
ztaylor@hewm.com
tom.kimbrell@hellerehrman.com
eminoli@hewm.com

1

**Kramer Levin (DTT and Copeland)**
mdell@kramerlevin.com
jpopolow@kramerlevin.com
moberman@kramerlevin.com
tharkness@kramerlevin.com
jdavis@kramerlevin.com
sruskaykidd@kramerlevin.com
enadler@kramerlevin.com
npakrashi@kramerlevin.com

**Davis Polk (DT USA LLP and DT LLP)**
daniel.kolb@dpw.com
sharon.katz@dpw.com
frances.bivens@dpw.com
gina.caruso@dpw.com
lynn.busath@dpw.com
brendan.stewart@dpw.com
jonathan.martin@dpw.com
justin.goodyear@dpw.com

**Latham & Watkins (DTT)**
janet.link@lw.com
john.casey@lw.com
peter.devereaux@lw.com
miles.ruthberg@lw.com

**Allen & Overy (CSFB)**
todd.fishman@newyork.allenovery.com
lanier.saperstein@newyork.allenovery.com
michael.feldberg@newyork.allenovery.com

**Mayer Brown (DT USA LLP and DT LLP)**
asalpeter@mayerbrown.com
Modorizzi@mayerbrown.com
bhudak@mayerbrownrowe.com
dring@mayerbrownrowe.com

**Clifford Chance (Citigroup)**
joel.cohen@cliffordchance.com
patrick.parker@cliffordchance.com
george.schieren@cliffordchance.com
mark.kirsch@cliffordchance.com
david.cook@cliffordchance.com
jeff.butler@cliffordchance.com

**Stroock (GTI)**
jbernard@stroock.com
bcogan@stroock.com
qmurphy@stroock.com
mbrosterman@stroock.com
sbutt@stroock.com

**Kittredge Donley (Pavia e Ansaldo)**
jdonley@kdefe.com
cbrubaker@kdefe.com
thuynh@kdefe.com

**Mintz, Levin (Zini and Z&A)**
rbodian@mintz.com
jbove@mintz.com

**Freeman, Freeman Salzman, PC (GTI)**
jkinney@ffspc.com
rcampbell@ffspc.com

2

**Sidley Austin (BofA)**
mguerrera@sidley.com
jtompkins@sidley.com
ageolot@sidley.com
bkrakauer@sidley.com
rpietrzak@sidley.com
rkeeling@sidley.com
tsouther@sidley.com
prichardson@sidley.com
nedelman@sidley.com
bvann@sidley.com
rebert@sidley.com
ewilliams@sidley.com
sgriffin@sidley.com
bdennis@sidley.com
rconlan@sidley.com
rflagg@sidley.com

**Helms Mulliss Wicker (BofA)**
ozzie.ayscue@hmw.com
jack.cobb@hmw.com
peter.covington@hmw.com
matt.hoefling@hmw.com
tracy.strickland@hmw.com
mark.kinghorn@hmw.com
corby.anderson@hmw.com
amy.worley@hmw.com
robert.pearson@hmw.com

**Paul Weiss (Citigroup)**
jbaughman@paulweiss.com

**Gilmartin, Poster & Shafto (Banca Intesa)**
mclambert@lawpost-nyc.com

**Herbert P. Minkel, Jr.
(Gerald K. Smith/Farmland Dairies, G.
Peter Pappas/Parmalat-USA)**
hminkel@nyc.rr.com

**Diamond McCarthy (FHL, DHL and PCF)**
adiamond@diamondmccarthy.com
gtaylor@diamondmccarthy.com
akim@diamondmccarthy.com

**Janvey, Gordon, Herlands, Randolph &
Cox, (LLP – FHL, DHL and PCF)**
rjanvey@janveygordon.com

**Hennigan, Bennett & Dorman LLP
(Principal Global and Monumental Life)**
macleodb@hbdlawyers.com
smithl@hbdlawyers.com
most@hbdlawyers.com
chocka@hbdlawyers.com
wallacea@hbdlawyers.com
palmerr@hbdlawyers.com
stevensonk@hbdlawyers.com

**Hughes Hubbard (DTT Auditores Independentes)**
hamza@hugheshubbard.com
zirogian@hugheshubbard.com

**Quinn Emanuel Urquhart Oliver & Hedges (Dr. Bondi)**
petercalamari@quinnemanuel.com
lorenkieve@quinnemanuel.com
briantimmons@quinnemanuel.com
jonsteiger@quinnemanuel.com
johannaong@quinnemanuel.com
marcgreenwald@quinnemanuel.com
terrywit@quinnemanuel.com
nathanielread@quinnemanuel.com
jennifermaybee@quinnemanuel.com
jeremyandersen@quinnemanuel.com
michaelchen@quinnemanuel.com
williamprice@quinnemanuel.com
daniellegilmore@quinnemanuel.com
melissadalziel@quinnemanuel.com
stevemadison@quinnemanuel.com

**Belin Lamson McCormick Zumbach Flynn (BOA)**
rwlozier@belinlaw.com
meweinhardt@belinlaw.com

**Beus Gilbert (Gerald K. Smith/Farmland Dairies)**
lbeus@beusgilbert.com
rwilliams@beusgilbert.com
tparis@beusgilbert.com
ctaradash@beusgilbert.com
rmills@beusgilbert.com
scraig@beusgilbert.com
sstirling@beusgilbert.com