KITTREDGE, DONLEY, ELSON,
  FULLEM & EMBICK, LLP
Joseph M. Donley (Pro Hac Vice)
Christopher M. Brubaker (Pro Hac Vice)
400 Market Street, Suite 200
Philadelphia, PA  19106
(215) 829-9900
(215) 925-5903 (fax)

*Attorneys for Defendant Pavia e Ansaldo*

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION<br><br>This document relates to: 04 Civ. 0030 (LAK) | MASTER DOCKET<br><br>04 MD 1653 (LAK) ECF Case<br><br>ELECTRONICALLY FILED<br><br>PAVIA e ANSALDO'S JOINDER IN SUR-REPLY BRIEFS IN OPPOSITION TO LEAD PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION |

**PAVIA e ANSALDO'S JOINDER IN SUR-REPLY BRIEFS IN OPPOSITION TO LEAD PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

Defendant Pavia e Ansaldo ("Pavia") hereby respectfully joins in the sur-reply briefs filed by Defendants James E. Copeland, Jr., Deloitte & Touche LLP, Deloitte Touche Tohmatsu and Grant Thornton International; Credit Suisse Group, Credit Suisse, Credit Suisse International, Credit Suisse Securities (Europe) Limited and Banca Nazionale del Lavoro; Banc of America Securities Limited, Bank of America, N.A., and Bank of America Corporation; and, Eureka Securitisation Plc, Vialattea, LLC, Citibank N.A, Citigroup Inc. and Buconero, LLC in Further Opposition to Lead Plaintiffs' Renewed Motion for Class Certification ("Defendants' Sur-Reply Briefs"). On October 10, 2006 Pavia joined in the briefs filed that day in opposition to Lead Plaintiffs' Renewed Motion for Class Certification by the above referenced Defendants

(Defendants' Opposition Briefs").  Pavia files the instant Joinder to clarify that it opposes the

Lead Plaintiff's Renewed Motion for Class Certification for both the reasons set forth in

Defendants' Opposition Briefs filed on October 10, 2006 and the reasons set forth in Defendants'

Sur-Reply Briefs filed today and adopts those arguments to the extent that they apply to Pavia.

Pavia respectfully requests that Lead Plaintiffs' Renewed Motion for Class Certification be

denied.

Respectfully submitted,

KITTREDGE, DONLEY, ELSON,
  FULLEM & EMBICK, LLP


s/ Christopher M. Brubaker
JOSEPH M. DONLEY (Pro Hac Vice)
CHRISTOPHER M. BRUBAKER (Pro Hac Vice)
400 Market Street, Suite 200
Philadelphia, PA  19106
(215) 829-9900
(215) 925-5903 (fax)

*Attorneys for Defendant Pavia e Ansaldo*

Dated: December 28, 2006