UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re PARMALAT SECURITIES LITIGATION

                                                    MASTER DOCKET
This document relates to:  All Cases                04 MD 1653 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### Joint Motion for Order of Commission

Consistent with this Court's Order of March 20, 2006, and as stated on the record in open

court on that date, Bank of America respectfully requests that this Court issue the proposed

Order for Commission for Italy attached as Exhibit 1.

A form of Proposed Order granting this motion and directing the parties to submit

execution copies of the foreign discovery requests is attached as Exhibit 2.

Counsel for all parties identified below consent to having counsel for Bank of America

file this motion on their behalves.


December 29, 2006                            SIDLEY AUSTIN LLP


                                            By:  s/ Daniel A. McLaughlin
                                            A. Robert Pietrzak (AP-6711)
Joseph B. Tompkins, Jr.                     Thomas McC. Souther (TS-6615)
Alan C. Geolot                              Daniel A. McLaughlin (DM-2688)
Mark P. Guerrera                            SIDLEY AUSTIN LLP
SIDLEY AUSTIN LLP                           787 Seventh Avenue
1501 K Street, N.W.                         New York, New York 10019
Washington, D.C. 20005                      (212) 839-5300
(202) 736-8000                              (212) 839-5599 (fax)
(202) 736-8711 (fax)

                                            Attorneys for Defendants Bank of America
                                            Corporation, Bank of America NT & SA, Banc
                                            of America Securities LLC, Banc of America
                                            Securities Limited, Bank of America
                                            International Ltd. and Bank of America, N.A.


03679/1855788.1

2

| | |
|---|---|
| HELLER EHRMAN LLP<br>Richard A. Martin<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>(212) 832-8300<br><br>*Counsel for Deloitte & Touche S.p.A.* | STROOCK & STROOCK & LAVAN LLP<br>James Bernard<br>180 Maiden Lane<br>New York, New York 10038-4982<br>(212) 806-5400<br><br>*Counsel for Grant Thornton International* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2006, I, Daniel A. McLaughlin,

caused true and correct copies of the foregoing Joint Motion for Order of Commission and

attached exhibits to be served via the Court's CM/ECF system and by email upon all parties.


s/ Daniel A. McLaughlin
Daniel A. McLaughlin