Kaplan/5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PARMALAT SECURITIES LITIGATION | 1:04-md-01653-LAK-HBP |
| This Document Relates To: All Actions | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 1.4, I, William V. Reiss, hereby move the Court to withdraw my appearance as counsel in the above matter due to the fact that I am no longer affiliated with the law firm of Latham & Watkins LLP. I have also not been affiliated with the above captioned litigation since I left the aforementioned firm in 2006.

DATED: October 21, 2008

Respectfully submitted,

LABATON SUCHAROW LLP

William V. Reiss
140 Broadway
New York, NY 10005
Telephone: (212) 907-0858
Facsimile: (212) 883-7058

SO ORDERED.

DATED: 10/21/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/22/08

Honorable Lewis A. Kaplan
United States District Judge