UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION : <br><br> This document relates to: 04 Civ. 9771 (LAK) <br> 04 Civ. 0030 (LAK) <br> 06 Civ. 2991 (LAK) | ELECTRONICALLY FILED <br><br> MASTER DOCKET <br> 04 MD 1653 (LAK) <br><br> Hon. Lewis A. Kaplan |

**NOTICE OF GRANT THORNTON INTERNATIONAL and GRANT THORNTON LLP'S MOTION *IN LIMINE* TO LIMIT THE STATEMENTS THAT FORM THE BASIS OF PLAINTIFFS' CLAIMS**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and Evidence, and upon the accompanying Memorandum of Law, dated August 14, 2009, and all other papers and proceedings herein, defendant Grant Thornton International ("GTI") and Grant Thornton LLP ("GTI-US") will move this Court, before the Honorable Lewis A. Kaplan, United States District Court Judge for the Southern District of New York, at the U.S. Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order granting GTI's and GTI-US's motion *in limine* to limit the statements that form the basis of Plaintiffs' claims,

and granting such additional and further relief as this Court may deem just, proper, and equitable.

Dated: August 14, 2009
      New York, New York

                            Respectfully submitted,

                        STROOCK & STROOCK & LAVAN LLP

                        By: ____/s/ James L. Bernard_____
                             James L. Bernard (JB-4273)

                        180 Maiden Lane
                        New York, New York 10038
                        (212) 806-5400
                        (212) 806-6006 (fax)
                        jbernard@Stroock.com

                        *Attorneys for Defendant*
                        *Grant Thornton International*

                        WINSTON & STRAWN LLP

                        By:___/s/_____
                             Bruce R. Braun (BB-2505)
                             Linda T. Coberly  (LC-8078)
                             Andrew R. DeVooght (AD-0250)
                             35 West Wacker Drive
                             Chicago, Illinois 60601
                             (312) 558-5600
                             (312) 558-5700 (fax)
                             lcoberly@winston.com

                        *Attorneys for Defendant*
                        *Grant Thornton LLP*

## **CERTIFICATE OF SERVICE**

I, Gary W. Malpeli, hereby certify under penalty of perjury that on August 14, 2009, I caused the foregoing NOTICE OF GRANT THORNTON INTERNATIONAL and GRANT THORNTON LLP'S MOTION *IN LIMINE* TO LIMIT THE STATEMENTS THAT FORM THE BASIS OF PLAINTIFFS' CLAIMS to be served upon all parties to this action through the Court's CM/ECF system and by electronic mail.

Dated: August 14, 2009
New York, New York                              ____/s/ Gary W. Malpeli_____