UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION | MASTER DOCKET |
| This document relates to: | 04 MD 1653 (LAK) |
| | ECF Case |
| DR. ENRICO BONDI, | |
| Plaintiff, | Case No. 05 Civ. 4015 (LAK) |
| v. | |
| BANK OF AMERICA CORPORATION, *et al.*, | |
| Defendants. | |

**BANK OF AMERICA'S NOTICE OF MOTION
FOR ENTRY OF REVISED GOOD FAITH DETERMINATION, BAR ORDER AND
FINAL JUDGMENT REFLECTING AGREED AMENDMENT**

PLEASE TAKE NOTICE that, pursuant to Rule 702 of the Federal Rules of Evidence, upon the accompanying Memorandum in Support of Bank of America's Motion for Entry of Revised Good Faith Determination, Bar Order and Final Judgment Reflecting Agreed Amendment and exhibits thereto, and all other papers and proceedings herein, defendants Bank of America Corporation, Bank of America, N.A. and Banc of America Securities LLC will move this Court, before the Honorable Lewis A. Kaplan, United States District Court Judge for the Southern District of New York, on a date to be determined by the Court, for entry of a revised Good Faith Determination, Bar Order and Final Judgment, and granting such additional and further relief as this Court may deem just, proper, and equitable.

September 18, 2009                                     SIDLEY AUSTIN LLP


                                                               By: __/s/ Alan C. Geolot_____

A. Robert Pietrzak (AP-6711)                           Joseph B. Tompkins, Jr.
Thomas McC. Souther (TS-6615)                          Alan C. Geolot
Daniel A. McLaughlin (DM-2688)                         Mark P. Guerrera
SIDLEY AUSTIN LLP                                      Robert D. Keeling
787 Seventh Avenue                                     SIDLEY AUSTIN LLP
New York, New York 10019                               1501 K Street, N.W.
(212) 839-5300                                         Washington, D.C. 20005
(212) 839-5599 (fax)                                   (202) 736-8000
                                                               (202) 736-8711 (fax)


                                                               Attorneys for Defendants Bank of America
                                                               Corporation, Banc of America Securities LLC
                                                               and Bank of America, N.A.

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of September, 2009, I caused true and correct copies of the foregoing Bank of America's Notice of Motion for Entry of Revised Good Faith Determination, Bar Order and Final Judgment Reflecting Agreed Amendment with attached exhibits, and Memorandum in Support thereof, to be served by the Court's CM/ECF system and by email upon all service parties.

                                                 /s/ Corban S. Rhodes

                                                 Corban S. Rhodes (CR-2397)