**MEMO ENDORSED**

# STROOCK



July 25, 2012

*By Hand*
James L. Bernard
Direct Dial  212-806-5684
Direct Fax  212-806-2684
jbernard@stroock.com

Honorable Lewis A. Kaplan
United States District Judge
United States District Court – SDNY
United States Courthouse
500 Pearl Street
New York, New York 10007



Re:  In re Parmalat Securities Litigation
     04 MD 1653 (LAK)

Dear Judge Kaplan:

We represent Grant Thornton International, Inc. and Grant Thornton International Ltd, and also write on behalf of Grant Thornton LLP regarding the Court's Protective Order entered on August 3, 2005 ("Protective Order") in the Parmalat MDL. By Order dated January 30, 2012, the Court extended the expiration date indicated in the endorsement on the Protective Order until August 3, 2012, because litigation in this matter remained active.

Because the same is true today, and the terms of the Protective Order "shall remain in full force and effect upon re-transfer of" these actions, we respectfully request a further extension of the expiration date until October 1, 2013.

We thank the Court for its consideration of this matter.

Respectfully submitted,

James L. Bernard

cc:  All Counsel Via E-mail

Granted

SO ORDERED

LEWIS A. K[APLAN]  7/26/12

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM